IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

IN THE MATTER OF:
RECUSAL OF ALL UNITED STATES JUDGES           20-CV-01228-RB-JHR
FOR THE DISTRICT OF NEW MEXICO

## ORDER OF RECUSAL

Case No. 20-CV-01228-RB-JHR asserts claim against me, Chief United States District Judge William P. Johnson. Under the circumstances, it is appropriate for all judicial officers for the District of New Mexico to recuse in 20-CV-01228-RB-JHR. United States District Judge Blackburn, for the District of Colorado, has consented to the designation and assignment as presiding judge in this case.

**IT IS THEREFORE ORDERED THAT:**

1. All judicial officers of the District of New Mexico recuse in this action; and

2. Pursuant to the designation and provisions of Title 28, United States Code § 291(b), the Honorable Blackburn, United States District Judge, District of Colorado, shall preside over the above-captioned case.

**DONE** this 2nd day of December, 2020.

FOR THE COURT:

_____
WILLIAM P. JOHNSON
CHIEF UNITED STATES DISTRICT JUDGE